393 A.2d 433

Charles BURGER, Appellant,

v.

John W. FORD and Amedeo Brancati, Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 26, 1978.

Decided Oct. 16, 1978.

Anthony J. Martin, Monroeville, for appellant.

August C. Damian, Pittsburgh, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

### OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each side to pay own costs.